United States Bankruptcy Court

Eastern District of Kentucky

In re:   Case No. 23-70074-grs
Brian Thompson   Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0643-7      User: admin      Page 1 of 2
Date Rcvd: Mar 08, 2023      Form ID: 309A      Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian Thompson, 102 W Fork Rd, Kite, KY 41828-2000 |
| 7032246 | | APPALACHIAN WIRELESS, 101 TECHNOLOGY TRL, IVEL, KY 41642-9057 |
| 7032256 | | ESMI TRANSPORT, 27 E 58TH ST, HIALEAH, FL 33013-1241 |
| 7032262 | | NATIONWIDE INSURANCE, PO BOX 974, DES MOINES, IA 50306-0974 |
| 7032266 | | TIFFANY TURNER, 474 W KY HIGHWAY 80, COMBS, KY 41729-9021 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: jesse@peacelawky.com | Mar 08 2023 22:17:00 | Jesse D Peace, 718 18th Street, Corbin, KY 40701 |
| tr | + | EDI: BLCKENDRICK.COM | Mar 09 2023 03:17:00 | L. Craig Kendrick, 8459 US 42, Suite F, #311, Florence, KY 41042-8351 |
| 7032245 | | Email/Text: AEPBankruptcy@aep.com | Mar 08 2023 22:17:00 | AEP AMERICAN ELECTRIC POWER, 1 AEP WAY ATTN: BANKRUPTCY, HURRICANE, WV 25526-0000 |
| 7032247 | + | EDI: CINGMIDLAND.COM | Mar 09 2023 03:18:00 | AT&T, 1801 VALLEY VIEW LN ATTN: BANKRUPTCY DEP, FARMERS BRANCH, TX 75234-8906 |
| 7032248 | | EDI: CAPITALONE.COM | Mar 09 2023 03:17:00 | CAPITAL ONE BANK USA, BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 7032249 | + | EDI: CCS.COM | Mar 09 2023 03:18:00 | CREDIT COLLECTIONS SVC, PO BOX 773, NEEDHAM HEIGHTS, MA 02494-0918 |
| 7032250 | | Email/PDF: creditonebknotifications@resurgent.com | Mar 08 2023 22:25:38 | CREDIT ONE BANK, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 7032251 | + | Email/Text: scollins@cs-llc.com | Mar 08 2023 22:17:00 | CREDIT SOLUTIONS, 2277 THUNDERSTICK DR STE 400, LEXINGTON, KY 40505-4878 |
| 7032252 | + | EDI: DISCOVER.COM | Mar 09 2023 03:17:00 | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 7032253 | + | EDI: DISH | Mar 09 2023 03:17:00 | DISH NETWORK, 9601 S MERIDIAN BLVD ATTN: BANKRUPTCY, ENGLEWOOD, CO 80112-5905 |
| 7032254 | + | EDI: DCI.COM | Mar 09 2023 03:18:00 | DIVERSIFIED CONSULTANT, PO BOX 551268 DCI, JACKSONVILLE, FL 32255-1268 |
| 7032255 | + | Email/Text: bknotice@ercbpo.com | Mar 08 2023 22:17:00 | ENHANCED RECOVERY CO L, 8014 BAYBERRY RD, ATTN: CLIENT SERVICES |

| District/off: 0643-7 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 08, 2023 | Form ID: 309A | Total Noticed: 25 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | BANKRUPTCY, JACKSONVILLE, FL 32256-7412 |
| 7032257 | + | Email/Text: Faber@ebn.phinsolutions.com | Mar 08 2023 22:17:00 | FABER & BRAND LLC, PO BOX 10110, COLUMBIA, MO 65205-4000 |
| 7032258 | + | EDI: AMINFOFP.COM | Mar 09 2023 03:18:00 | FIRST PREMIER BANK, PO BOX 5524 ATTN: BANKRUPTCY, SIOUX FALLS, SD 57117-5524 |
| 7032259 | + | Email/Text: bankruptcy@flexshopper.com | Mar 08 2023 22:17:00 | FLEX SHOPPER, 901 W YAMATO RD STE 260, BOCA RATON, FL 33431-4415 |
| 7032260 | | Email/Text: bankruptcy@glacompany.com | Mar 08 2023 22:17:00 | GLA COL COMPANY, 2630 GLEESON WAY, LOUISVILLE, KY 40299-1772 |
| 7032261 | ^ | MEBN | Mar 08 2023 22:13:28 | MERCANTILE ADJUSTMENT BUREAU, 165 LAWRENCE BELL DR, WILLIAMSVILLE, NY 14221-7900 |
| 7032263 | | Email/Text: legal@partners-mo.com | Mar 08 2023 22:17:00 | PARTNERS FINANCIAL SERVICES, PO BOX 728, FENTON, MO 63026-0728 |
| 7032264 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 08 2023 22:17:00 | SANTANDER CONSUMER USA, 5201 RUFE SNOW DR. ATTN: BANKRUPTCY, NORTH RICHLAND HILLS, TX 76180-6036 |
| 7032267 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Mar 08 2023 22:17:00 | US DEPT OF ED/GLELSI, PO BOX 7860 ATTN: BANKRUPTCY DEPT, MADISON, WI 53707-7860 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 7032265 | ## | THE RADIOLOGY GROUP, 3340 PEACHTREE RD NE STE 2025, ATLANTA, GA 30326-1084 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2023           Signature:        /s/Gustava Winters

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | **Brian Thompson** <br> First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–5865 |
| | | EIN: | __-_____ |
| Debtor 2: <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: <br> EIN: | _ _ _ _ <br> __-_____ |
| United States Bankruptcy Court: | Eastern District of Kentucky | Date case filed for chapter: | 7    3/7/23 |
| Case number: | 23–70074–grs | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Brian Thompson | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 102 W Fork Rd <br> Kite, KY 41828 | |
| 4. | **Debtor's attorney** <br> Name and address | Jesse D Peace <br> 718 18th Street <br> Corbin, KY 40701 | Contact phone 606–521–5500 <br> Email: jesse@peacelawky.com |
| 5. | **Bankruptcy trustee** <br> Name and address | L. Craig Kendrick <br> 8459 US 42 <br> Suite F, #311 <br> Florence, KY 41042 | Contact phone (859) 371–4321 <br> Email: craigkendrick@fuse.net |
| 6. | **Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at pacer.uscourts.gov. | United States Bankruptcy Court <br> Eastern District of Kentucky <br> 100 E Vine Street Ste 200 <br> Lexington, KY 40507–1430 | Hours open: <br> 9:00am – 3:00pm, Monday – Friday <br><br> Contact phone  (859) 233–2608 <br><br> Date: 3/8/23 |

**For more information, see page 2 >**

| | | | |
|---|---|---|---|
| **7.** | **Meeting of creditors** | **April 7, 2023 at 12:00 PM** | Location: |
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Telephonic Meeting of Creditors, please call five minutes in advance, Conference Number: 866–711–5520, Passcode: 2158743#** |
| **8.** | **Presumption of abuse** | The presumption of abuse does not arise. | |
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| **9.** | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 6/6/23** |
| | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| **13.** | **Options to Receive Notices served by the Clerk by Email Instead of by U.S. Mail** | (1) Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov OR (2) Debtors can register for Debtor Electronic Bankruptcy Noticing (DeBN) by filing a local form with the Clerk of Court. DeBN information and local form are available at kyeb.uscourts.gov/debtor–electronic-bankruptcy–noticing-debn. Both options are FREE and allows the clerk to quickly send you court–issued notices and orders by email. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                          page **2**