# UNITED STATES BANKRUPTCY COURT
### Eastern District of Kentucky
### Pikeville Division

Mailing Address: 100 E Vine Street Ste 200, Lexington, KY 40507–1430

In re   Brian Thompson

   102 W Fork Rd
   Kite, KY 41828

Case No. 23–70074–grs

Chapter: 7

aka/dba:

SSN/TID: xxx–xx–5865

Debtor(s)

## NOTICE OF REQUIREMENT TO FILE A STATEMENT OF COMPLETION OF COURSE IN PERSONAL FINANCIAL MANAGEMENT
### (Official Form 423)

Notice is hereby given that, subject to limited exceptions, an individual Debtor must complete an instructional course in personal financial management in order to receive a discharge under Chapter 7 (11 U.S.C. § 727) or Chapter 13 (11 U.S.C. § 1328). Pursuant to FED. R. BANKR. P. 1007 (b) (7), unless an approved provider of an instructional course concerning personal financial management has notified the Court that a Debtor has completed the course after filing the petition, the Debtor(s) must complete and file Official Form 423, Certification About a Financial Management Course.

Debtor(s) and counsel for the Debtor(s) are hereby notified that Official Form 423 must be filed before a discharge can be entered. In a Chapter 7 case, the Debtor(s) must file Official Form 423 within 60 days after the first date set for the meeting of creditors under 11 U.S.C. § 341. In a Chapter 13 case, the Debtor(s) must file Official Form 423 no later than the last payment made by the Debtor(s) as required by the plan, or the filing of a motion for entry of a discharge under 11 U.S.C. § 1328(b).

Failure to file the certification will result in the case being closed without an entry of discharge. If the Debtor(s) subsequently file(s) a motion to reopen the case to allow for the filing of Official Form 423, the Debtor(s) must pay the full reopening fee due for filing the motion.

DATED: 5/8/23

                                                            Nathan W. Lee
                                                            Clerk of Court