United States Bankruptcy Court

Eastern District of Kentucky

In re:                                                                                          Case No. 23-70074-grs

Brian Thompson                                                                          Chapter 7

   Debtor

# CERTIFICATE OF NOTICE

District/off: 0643-7                          User: admin                                    Page 1 of 1

Date Rcvd: May 08, 2023                    Form ID: ntcflstm                          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol       Definition**
+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2023:**

| Recip ID | Recipient Name and Address |
|----------|---------------------------|
| db | + Brian Thompson, 102 W Fork Rd, Kite, KY 41828-2000 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2023                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2023 at the address(es) listed below:**

| Name | Email Address |
|------|--------------|
| Jesse D Peace | on behalf of Debtor Brian Thompson jesse@peacelawky.com cody@peacelawky.com;G35939@notify.cincompass.com;adam@peacelawky.com |
| L. Craig Kendrick | craigkendrick@fuse.net  KY05@ecfcbis.com |
| U.S. Trustee | ustpregion08.lx.ecf@usdoj.gov |

TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Kentucky
## Pikeville Division

Mailing Address: 100 E Vine Street Ste 200, Lexington, KY 40507−1430

In re  Brian Thompson

    102 W Fork Rd
    Kite, KY 41828

aka/dba:

SSN/TID: xxx−xx−5865


Debtor(s)

Case No. 23−70074−grs

Chapter: 7

## NOTICE OF REQUIREMENT TO FILE A
## STATEMENT OF COMPLETION OF COURSE IN
## PERSONAL FINANCIAL MANAGEMENT
## (Official Form 423)

Notice is hereby given that, subject to limited exceptions, an individual Debtor must complete an instructional course in personal financial management in order to receive a discharge under Chapter 7 (11 U.S.C. § 727) or Chapter 13 (11 U.S.C. § 1328). Pursuant to FED. R. BANKR. P. 1007 (b) (7), unless an approved provider of an instructional course concerning personal financial management has notified the Court that a Debtor has completed the course after filing the petition, the Debtor(s) must complete and file Official Form 423, Certification About a Financial Management Course.

Debtor(s) and counsel for the Debtor(s) are hereby notified that Official Form 423 must be filed before a discharge can be entered. In a Chapter 7 case, the Debtor(s) must file Official Form 423 within 60 days after the first date set for the meeting of creditors under 11 U.S.C. § 341. In a Chapter 13 case, the Debtor(s) must file Official Form 423 no later than the last payment made by the Debtor(s) as required by the plan, or the filing of a motion for entry of a discharge under 11 U.S.C. § 1328(b).

Failure to file the certification will result in the case being closed without an entry of discharge. If the Debtor(s) subsequently file(s) a motion to reopen the case to allow for the filing of Official Form 423, the Debtor(s) must pay the full reopening fee due for filing the motion.

DATED: 5/8/23

        Nathan W. Lee
        Clerk of Court