Certificate Number: 16339-KYE-DE-037435687

Bankruptcy Case Number: 23-70074



16339-KYE-DE-037435687

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 16, 2023, at 10:04 o'clock PM EDT, Brian o'neil Thompson completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Kentucky.

Date: May 16, 2023

By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor