United States Bankruptcy Court

Eastern District of Kentucky

In re:  
Brian Thompson  
    Debtor

Case No. 23-70074-grs  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0643-7      User: admin      Page 1 of 3  
Date Rcvd: Jun 13, 2023      Form ID: 318      Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2023:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Brian Thompson, 102 W Fork Rd, Kite, KY 41828-2000 |
| 7032246 | | APPALACHIAN WIRELESS, 101 TECHNOLOGY TRL, IVEL, KY 41642-9057 |
| 7032256 | | ESMI TRANSPORT, 27 E 58TH ST, HIALEAH, FL 33013-1241 |
| 7032262 | | NATIONWIDE INSURANCE, PO BOX 974, DES MOINES, IA 50306-0974 |
| 7032266 | | TIFFANY TURNER, 474 W KY HIGHWAY 80, COMBS, KY 41729-9021 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 7032245 | | Email/Text: AEPBankruptcy@aep.com | Jun 13 2023 22:36:00 | AEP AMERICAN ELECTRIC POWER, 1 AEP WAY ATTN: BANKRUPTCY, HURRICANE, WV 25526-0000 |
| 7032247 | + | EDI: CINGMIDLAND.COM | Jun 14 2023 02:36:00 | AT&T, 1801 VALLEY VIEW LN ATTN: BANKRUPTCY DEP, FARMERS BRANCH, TX 75234-8906 |
| 7032248 | | EDI: CAPITALONE.COM | Jun 14 2023 02:36:00 | CAPITAL ONE BANK USA, BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 7032249 | + | EDI: CCS.COM | Jun 14 2023 02:36:00 | CREDIT COLLECTIONS SVC, PO BOX 773, NEEDHAM HEIGHTS, MA 02494-0918 |
| 7032250 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 13 2023 22:45:15 | CREDIT ONE BANK, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 7032251 | + | Email/Text: scollins@cs-llc.com | Jun 13 2023 22:36:00 | CREDIT SOLUTIONS, 2277 THUNDERSTICK DR STE 400, LEXINGTON, KY 40505-4878 |
| 7032252 | + | EDI: DISCOVER.COM | Jun 14 2023 02:36:00 | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 7032253 | + | EDI: DISH | Jun 14 2023 02:36:00 | DISH NETWORK, 9601 S MERIDIAN BLVD ATTN: BANKRUPTCY, ENGLEWOOD, CO 80112-5905 |
| 7032254 | + | EDI: DCI.COM | Jun 14 2023 02:36:00 | DIVERSIFIED CONSULTANT, PO BOX 551268 DCI, JACKSONVILLE, FL 32255-1268 |
| 7032255 | + | Email/Text: bknotice@ercbpo.com | Jun 13 2023 22:36:00 | ENHANCED RECOVERY CO L, 8014 BAYBERRY RD, ATTN: CLIENT SERVICES BANKRUPTCY, JACKSONVILLE, FL 32256-7412 |
| 7032257 | + | Email/Text: Faber@ebn.phinsolutions.com | Jun 13 2023 22:36:00 | FABER & BRAND LLC, PO BOX 10110, COLUMBIA, MO 65205-4000 |

| District/off: 0643-7 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 13, 2023 | Form ID: 318 | Total Noticed: 24 |

| 7032258 | + | EDI: AMINFOFP.COM | Jun 14 2023 02:36:00 | FIRST PREMIER BANK, PO BOX 5524 ATTN: BANKRUPTCY, SIOUX FALLS, SD 57117-5524 |
| 7032259 | + | Email/Text: bankruptcy@flexshopper.com | Jun 13 2023 22:36:00 | FLEX SHOPPER, 901 W YAMATO RD STE 260, BOCA RATON, FL 33431-4415 |
| 7032260 | | Email/Text: bankruptcy@glacompany.com | Jun 13 2023 22:36:00 | GLA COL COMPANY, 2630 GLEESON WAY, LOUISVILLE, KY 40299-1772 |
| 7032261 | ^ | MEBN | Jun 13 2023 22:33:26 | MERCANTILE ADJUSTMENT BUREAU, 165 LAWRENCE BELL DR, WILLIAMSVILLE, NY 14221-7900 |
| 7032263 | | Email/Text: legal@partners-mo.com | Jun 13 2023 22:36:00 | PARTNERS FINANCIAL SERVICES, PO BOX 728, FENTON, MO 63026-0728 |
| 7032264 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 13 2023 22:36:00 | SANTANDER CONSUMER USA, 5201 RUFE SNOW DR. ATTN: BANKRUPTCY, NORTH RICHLAND HILLS, TX 76180-6036 |
| 7035873 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 13 2023 22:36:00 | SANTANDER CONSUMER USA INC., P.O. BOX 560284, DALLAS, TX 75356-0284 |
| 7032267 | + | Email/Text: electronicbkydocs@nelnet.net | Jun 13 2023 22:36:00 | US DEPT OF ED/GLELSI, PO BOX 7860 ATTN: BANKRUPTCY DEPT, MADISON, WI 53707-7860 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 7032265 | ## | THE RADIOLOGY GROUP, 3340 PEACHTREE RD NE STE 2025, ATLANTA, GA 30326-1084 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2023      Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2023 at the address(es) listed below:**

**Name**         **Email Address**

Jesse D Peace
on behalf of Debtor Brian Thompson jesse@peacelawky.com
cody@peacelawky.com;G35939@notify.cincompass.com;adam@peacelawky.com

L. Craig Kendrick
craigkendrick@fuse.net KY05@ecfcbis.com

U.S. Trustee
ustpregion08.lx.ecf@usdoj.gov

District/off: 0643-7 | User: admin | Page 3 of 3
Date Rcvd: Jun 13, 2023 | Form ID: 318 | Total Noticed: 24

TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Brian Thompson**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5865<br>EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Kentucky | |
| Case number: | 23–70074–grs | |

## Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Brian Thompson

<u>6/12/23</u>   **By the court:** <u>Gregory R. Schaaf</u>
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**